**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**

In Re:
    Laurence E. Andrews, III          Case # 09-12191-SSM
    and
    Susan J. Andrews

REPORT OF DEPOSIT OF UNCLAIMED FUNDS

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

| PAYEE | AMOUNT |
|---|---|
| County of Loudoun, Virginia<br>Treasurer, County Of Loudoun<br>PO Box 347<br>Leesburg, VA 20178-0347 | $19.26 |

Dated:    June 24, 2010    __/s/Thomas P. Gorman _____
                                              Thomas P. Gorman
                                              300 North Washington Street, Ste. 400
                                              Alexandria, VA 22314
                                              (703) 836-2226
                                              VSB#26421